UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                      Civil No. 11-cr-102-JD

David Hammond

O R D E R

    The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

    SO ORDERED.

                                      /s/ Joseph A. DiClerico, Jr.
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date:  July 19, 2011

cc:  James H. Moir, Esquire
     Alfred J.T. Rubega, Esquire